IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIBEL COLON** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE** | : | |
| **Commissioner of Social Security** | : | NO. 06-4971 |

## O R D E R

**AND NOW**, this 9th day of November, 2007, upon consideration of Plaintiff's Motion for Summary Judgment or, In the Alternative, Plaintiff's Motion for Remand (Docket No. 9), and the Response of Defendant Commissioner to Plaintiff's Request for Review (Docket No. 10), and Plaintiff's Reply (Docket No. 11), and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Docket No. 14), to which no objections were filed, **IT IS ORDERED** that:

1. The Report and Recommendation (Docket No. 14) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion (Docket No. 9) is **GRANTED** insofar as plaintiff requests a remand;

3. The final decision of the Commissioner is **REVERSED**, and the matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo; and

4. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE